IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TELISA DE'ANN BLACKMAN, § § | |
| Petitioner § § | |
| V. § | No. 3:13-cv-2073-P-BN |
| § | |
| WILLIAM STEPHENS, Director § Texas Department of Criminal Justice § Correctional Institutions Division, § § | |
| Respondent. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in these consolidated cases. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 18th day of February, 2015.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

-1-