IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TELISA DE'ANN BLACKMAN, | § | |
| | § | |
| Petitioner | § | |
| | § | |
| V. | § | No. 3:13-cv-2073-P-BN |
| | § | |
| WILLIAM STEPHENS, Director | § | |
| Texas Department of Criminal Justice | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Respondent. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The motion to dismiss [Dkt. No. 45] is DENIED.

SO ORDERED this 26th day of February, 2016.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE